1  MICHAEL C. KELLAR (SBN 80251)
   ROBINSON & KELLAR
2  3434 Truxtun Avenue, Ste. 150
   Bakersfield, California 93301
3  (661) 323-8277 - Telephone
   (661) 323-4205 - Facsimile
4
   DANIEL P. BARER (SBN 150812) (Counsel for Service)
5  GIRARD FISHER   (SBN 057004)
   POLLAK, VIDA & FISHER
6  Attorneys at Law
   11150 W. Olympic Blvd., Ste. 980
7  Los Angeles, California 90064
   (310) 551-3400, Ext. 621
8  dpb@pvandf.com

9  Attorneys for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT, RICHARD SWANSON
   (sued as "Superintendent Swanson"), SUSAN ORTEGA, and PAUL KAMINSKI (sued as
10 "Mr. Kaminsky")

11                       UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF THE STATE OF CALIFORNIA

13

14 WENDY WALSH, individually and as        )  Case No.
   Successor-in-Interest to S.W., Deceased, )
15                                          )  NOTICE OF REMOVAL OF ACTION
             Plaintiff,                     )  UNDER 28 U.S.C. §1441(b) [FEDERAL
16                                          )  QUESTION]
        vs.                                 )
17                                          )
   TEHACHAPI UNIFIED SCHOOL               )
18 DISTRICT; SUPERINTENDENT                 )
   SWANSON; SUSAN ORTEGA; MR.               )
19 KAMINSKY; MS. KIRBY; MS. HAIGHT;         )
   MRS. KABONIC; MR. FEEHAN; and            )
20 DOES 1 through 100,m Inclusive,          )
                                            )
21           Defendants.                    )
                                            )
22 _____)

23        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

24        PLEASE TAKE NOTICE that Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT,

25 RICHARD SWANSON (sued as "Superintendent Swanson"), SUSAN ORTEGA, and PAUL

26 KAMINSKI (sued as "Mr. Kaminsky"), hereby remove to this Court the State Court action described

27 below:

28        1.    On July 5, 2011, an action was commenced in the Superior Court of the State of

1  California for the County of Kern entitled *Wendy Walsh, Individually and as Successor-in-Interest*
2  *to S__W__[1] vs. Tehachapi Unified School District, et al.*, Case No. S-1500-CV-274049. A true and
3  correct copy of the Complaint is attached hereto as Exhibit "A." On August 3, 2011, plaintiff filed
4  a First Amended Complaint in that action. A true and correct copy of the First Amended Complaint
5  is attached hereto as Exhibit "B."
6      2.    The first date upon which defendants, Tehachapi Unified School District, Dr. Richard
7  Swanson, Susan Ortega, and Paul Kaminksi received a copy of the original or First Amended
8  Complaint in this action via service was on August 3, 2011, when defendants were served with a
9  copy of the original Complaint and a Summons from the Kern County Superior Court. A copy of
10  the Summons is attached as Exhibit "C," and a copy of the Proof Of Service Of Summons is attached
11  hereto as Exhibit "D."
12      3.    True and correct copies of all other documents in the Kern County Superior Court
13  file are attached as Exhibits "E" (Court Order of July 7, 2011) and "F" (Declaration of Successor In
14  Interest Pursuant to California Code Of Civil Procedure, Section 377.32).
15      4.    This action is a civil action of which this Court has original jurisdiction under
16  28 U.S.C. §1331, and is one which may be removed to this Court by these removing defendants,
17  pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under the Constitution and laws of
18  the United States. Specifically, the action arises under Title IX of the Education Amendments Code
19  of 1972, 20 U.S.C.A. §§ 1681-1688; 42 U.S.C.A. §1983; and the 1st and 14th Amendments of the
20  Constitution of the United States.
21      5.    All other defendants who have been served with the Summons and Complaint have
22  joined in this Notice of Removal, as evidenced by the Joinder of defendants Annette Kirby (sued as
23  ///
24  ///
25  ///
26
27  ──────────────
28  [1] In accordance with Fed.R.Civ.P. 5.2(a)(3) and L.R. 140(a)(i), the full name of the minor decedent is not set forth in this Notice. But, as provided in subdivision (b) of Rule 5.2, the minor's full name is set forth unredacted in the attached State Court records.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)
2

1  "Ms. Kirby"), Laura Haight (sued as "Ms. Haight"), Shari Kabonic (sued as "Mrs. Kabonic"), and
2  Martin Feehan (sued as "Mr. Feehan") filed concurrently herewith.
3  Date: September 2, 2011                    ROBINSON & KELLAR

By _____
MICHAEL C. KELLAR
Attorneys for Defendants,
TEHACHAPI UNIFIED SCHOOL DISTRICT, RICHARD SWANSON (sued as "Superintendent Swanson"), SUSAN ORTEGA, and PAUL KAMINSKI (sued as "Mr. Kaminsky")

MICHAEL C. KELLAR (SBN 80251)
ROBINSON & KELLAR
3434 Truxtun Avenue, Ste. 150
Bakersfield, California 93301
(661) 323-8277 - Telephone
(661) 323-4205 - Facsimile

DANIEL P. BARER (SBN 150812) (Counsel for Service)
GIRARD FISHER (SBN 057004)
POLLAK, VIDA & FISHER
Attorneys at Law
11150 W. Olympic Blvd., Ste. 980
Los Angeles, California 90064
(310) 551-3400, Ext. 621
dpb@pvandf.com

Attorneys for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT, RICHARD SWANSON (sued as "Superintendent Swanson"), SUSAN ORTEGA, and PAUL KAMINSKI (sued as "Mr. Kaminsky")

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF THE STATE OF CALIFORNIA**

| | |
|---|---|
| WENDY WALSH, individually and as Successor-in-Interest to S.W., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT; SUPERINTENDENT SWANSON; SUSAN ORTEGA; MR. KAMINSKY; MS. KIRBY; MS. HAIGHT; MRS. KABONIC; MR. FEEHAN; and DOES 1 through 100,m Inclusive,<br><br>Defendants. | Case No.<br><br>DEMAND FOR JURY TRIAL |

Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT, RICHARD SWANSON (sued as "Superintendent Swanson"), SUSAN ORTEGA, and PAUL KAMINSKI (sued as "Mr.

///

///

///

///

Kaminsky") hereby demand trial by jury in this action.

Date: September 2, 2011

ROBINSON & KELLAR

By _____
MICHAEL C. KELLAR
Attorneys for Defendants,
TEHACHAPI UNIFIED SCHOOL DISTRICT, RICHARD SWANSON (sued as "Superintendent Swanson"), SUSAN ORTEGA, and PAUL KAMINSKI (sued as "Mr. Kaminsky")

§JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Wendy Walsh, individually and as Successor-in-Interest to S.W., deceased

**(b)** County of Residence of First Listed Plaintiff: **Kern**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Rodriguez & Associates, 2020 Eye Street, Bakersfield, CA 93301
(661)323-1400

## DEFENDANTS
Tehachapi Unified School District, et al.

County of Residence of First Listed Defendant: **Kern**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
(See attachment)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
20 U.S.C. sections 1681-1688; 42 U.S.C. section 1983

Brief description of cause:
Alleged failure to prevent student harassment of minor decedent based on sexual orientation.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 9/2/11
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.  (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## ATTACHMENT TO CIVIL COVER SHEET:  COUNSEL FOR DEFENDANTS

**For Defendants Tehachapi Unified School District, Dr. Richard Swanson, Susan Ortega, and Paul Kaminski:**

Michael C. Kellar
Robinson & Kellar
3434 Truxton Ave., Ste. 150
Bakersfield, CA 93301
(661)323-8277

**For Defendant Tehachapi Unified School District:**

Daniel P. Barer
Girard Fisher
Pollak, Vida & Fisher
11150 W. Olympic Blvd., Ste. 980
Los Angeles, CA 90064
(310) 551-3400, Ext. 621

**For Defendants Annette Kirby, Laura Haight, Shari Kabonic, and Martin Feehan**

Arnold J. Anchordoquy
Clifford & Brown
1430 Truxton Ave., Ste. 900
Bakersfield, CA 93301
(661) 322-6023

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF KERN       )

I am a citizen of the United States and a resident of the county aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business address is 3434 Truxtun Avenue, Suite 150, Bakersfield, California 93301.

On **September 2, 2011**, I served the within, **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [FEDERAL QUESTION]; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET,** on the interested parties in said action by placing a true and correct copy thereof for delivery or deposit as follows:

Daniel Rodriguez, Esq.
RODRIGUEZ & ASSOCIATES
2020 Eye Street
Bakersfield, CA 93301
*FACSIMILE NO. (661) 323-0132*

Daniel Barer, Esq.
POLLAK, VIDA & FISHER
11150 West Olympic Blvd., Ste. 980
Los Angeles, CA 90064-1839
*FACSIMILE NO. (310) 479-0808*

Arnold Anchordoquy, Esq.
CLIFFORD & BROWN
1430 Truxtun Avenue, Ste. 900
Bakersfield, CA 93301
*FACSIMILE NO.: (661) 322-3508*

XXX [BY MAIL] I caused such envelope to be placed in the United States Postal Service at Bakersfield, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same date in the ordinary course of business. I am aware that on motion of a party, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

XXX [VIA FACSIMILE]

[BY PERSONAL SERVICE] I caused such envelope to be delivered by hand to the addressee.

XXX [FEDERAL] I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and that this declaration was executed at Bakersfield, California on **September 2, 2011.**

*/s/ Marcy DeGeare*
MARCY DeGEARE