IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WALSH,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 11-1489 LJO JLT<br><br>**ORDER TO DISMISS DEFENDANTS**<br>(Doc. 20.) |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendants Superintendent Swanson, Ms. Kirby, Ms. Haight, Mrs. Kabonic and Mr. Feehan only. The clerk is directed NOT to close this action.

　　　　　IT IS SO ORDERED.

**Dated:   December 14, 2011**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1