MICHAEL C. KELLAR (SBN 80251)
ROBINSON & KELLAR
3434 Truxtun Avenue, Ste. 150
Bakersfield, California 93301
(661) 323-8277 - Telephone
(661) 323-4205 - Facsimile

Attorneys for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT, RICHARD SWANSON (sued as "Superintendent Swanson"), SUSAN ORTEGA, and PAUL KAMINSKI (sued as "Mr. Kaminsky")

DANIEL P. BARER (SBN 150812) (Counsel for Service)
GIRARD FISHER   (SBN  057004)
POLLAK, VIDA & FISHER
Attorneys at Law
11150 W. Olympic Blvd., Ste. 980
Los Angeles, California  90064
(310) 551-3400, Ext. 621
dpb@pvandf.com

Attorneys for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| WENDY WALSH, individually and as Successor-in-Interest to S.W., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT; SUPERINTENDENT SWANSON; SUSAN ORTEGA; MR. KAMINSKY; MS. KIRBY; MS. HAIGHT; MRS. KABONIC; MR. FEEHAN; and DOES 1 through 100,m Inclusive,<br><br>Defendants.<br>_____ | Case No. 1:11-CV-01489-LJO-JLT<br><br>STIPULATION AND ORDER TO FILE FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT |

Subject to the approval of this Court, the parties hereby stipulate to Defendants TEHACHAPI UNIFIED SCHOOL DISTRICT, SUSAN ORTEGA, and PAUL KAMINSKI, filing their First Amended Answer To First Amended Complaint, so as to include a new Twenty-Second Affirmative Defense.

/ / /

---
STIPULATION AND ORDER TO FILE FIRST AMENDED ANSWER TO  FIRST AMENDED COMPLAINT
1

| | | |
|---|---|---|
| DATED: February 24, 2012 | | ROBINSON & KELLAR |

/s/ Michael C. Kellar

By_____
MICHAEL C. KELLAR
Attorneys for Defendants,
TEHACHAPI UNIFIED SCHOOL DISTRICT, RICHARD SWANSON (sued as "Superintendent Swanson"), SUSAN ORTEGA, and PAUL KAMINSKI (sued as "Mr. Kaminsky")

DATED: February 24, 2012                    RODRIGUEZ & ASSOCIATES

/s/ John A. Kawai

By_____
JOHN A. KAWAI
Attorney for Plaintiff,
WENDY WALSH

DATED: February 24, 2012                    POLLAK, VIDA & FISHER

/s/ Daniel P. Barer

By_____
DANIEL P. BARER
Attorneys for Defendant,
TEHACHAPI UNIFIED SCHOOL DISTRICT

ORDER

Good cause appearing, the stipulation allowing Defendants, Tehachapi Unified School District, Susan Ortega, and Paul Kaminski, to file their First Amended Answer to the First Amended Complaint, to add a new Twenty-Second Affirmative Defense, is **GRANTED**. The Defendants SHALL file the amended answer within 48 hours of the service of this order.

IT IS SO ORDERED.

Dated:  **February 28, 2012**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE