1  Michael Kellar (SBN 80251)                                              5895.047
   ROBINSON & KELLAR
2  3434 Truxtun Avenue, Suite 150
   Bakersfield, CA 93301
3  Tel. (661) 323.8277 / Fax (661) 323.4205
   Email: *michaelckeller@aol.com*
4
   Attorneys for Defendants Tehachapi Unified School District,
5  Dr. Richard Swanson, Susan Ortega, and Paul Kaminski

6  Daniel P. Barer (SBN 150812)
   Girard Fisher (SBN 54007)
7  POLLAK, VIDA & FISHER
   11150 W. Olympic Boulevard, Suite 980
8  Los Angeles, CA 90064-1839
   Tel. (310) 551-3400 / Fax:   (310) 551-1036
9  Email: *dpb@pvandf.com*

10 Attorneys for Defendant Tehachapi Unified School District

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY WALSH, individually and as Successor-in-Interest to S. W., Deceased, | CASE NO. 1:11-CV-01489-LJ0-JLT |
| Plaintiff | **ORDER GRANTING STIPULATION RE: EXTENSION OF TIME TO AMEND PLEADINGS, LEAVE TO AMEND TO ADD PLAINTIFF, AND PETITION FOR RELIEF** |
| v. | |
| TEHACHAPI UNIFIED SCHOOL DISTRICT; SUPERINTENDENT SWANSON; SUSAN ORTEGA; MR. KAMINSKY; MS. KIRBY; MS. HAIGHT; MRS. KABONIC; MR. FEEHAN; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

The parties to this action (plaintiff Wendy Walsh; defendants Tehachapi Unified School District; Susan Ortega; and Paul Kaminski), as well as prospective plaintiff Sh. W., (collectively, "the parties"), through their undersigned counsel, stipulate as follows:

*LAW OFFICES OF POLLAK, VIDA & FISHER*

*ORDER GRANTING STIPULATION RE:  EXTENSION OF TIME TO AMEND PLEADINGS, LEAVE TO AMEND TO ADD PLAINTIFF, AND PETITION FOR RELIEF*

WHEREAS:

1. Sh. W., brother of decedent S.W., presented an application for leave to present late claim under Cal. Gov. Code § 911.4 to the defendant Tehachapi Unified School District, with a proof of service dated September 16, 2011, together with a proposed claim for damages seeking recovery for events on and after September 19, 2010.

2. The parties have agreed that Sh. W. is not seeking recovery in this action for any events that occurred before September 19, 2010.

3. In the application Sh. W. represents, and presents evidence, that he was born on February 21, 1999, indicating that he is a minor.

4. Under Cal Gov. Code §§ 911.6(b)(2) and 946.6(c)(2), and *Hernandez v. County of Los Angeles*, 42 Cal.3d 1020, 232 Cal.Rptr. 519 (1986), a claimant against a public entity who was a minor throughout the six-month claim-presentation period, and who presents an application for leave to present late claim within one year of the accrual of the minor's cause of action, is entitled to leave to present a late claim.

5. Based on the evidence in his application, Sh. W. is entitled to leave to present a late claim as to damages claimed for events on or after September 19, 2010.  And:

6. The interests of the parties and courts are best served by trying the damages claims of both Sh. W. and plaintiff Wendy Walsh in the same action;

IT IS THEREFORE STIPULATED THAT:

7. Based on the application for leave to present late claim presented within a year of

LAW OFFICES OF
POLLAK, VIDA
& FISHER

-2-

*ORDER GRANTING STIPULATION RE:  EXTENSION OF TIME TO AMEND PLEADINGS, LEAVE TO AMEND TO ADD PLAINTIFF, AND PETITION FOR RELIEF*

the accrual of his cause of action, and his minority throughout the six-month period to present a claim, the California Government Claims Act does not prevent Sh. W. from pursuing a cause of action against defendants Tehachapi Unified School District, Susan Ortega, and Paul Kaminski, despite his failure to present a claim for damages to the defendant District within six months after accrual.  Sh. W. need not obtain an order of relief under Cal. Gov. Code § 946.6(c) to pursue this cause of action against these defendants.

8. On or by May 31, 2012, Wendy Walsh and prospective plaintiff Sh. W. may amend Wendy Walsh's First Amended Complaint in this action by filing a Second Amended Complaint to add Sh. W. as a plaintiff to the Negligent Infliction of Emotional Distress cause of action only, and only in regard to events on or after September 19, 2010.

9. The parties agree to request the Court to extend the deadline set forth in Paragraph III of the December 22, 2011 Scheduling Order in this case for filing of requested pleading amendments, either through a stipulation or motion to amend, from February 24, 2012 to permit the filing of the Second Amended Complaint described in paragraph 8 above on or by May 31, 2012, and to permit defendants to file a response to that Second Amended Complaint within 20 days of the date the Second Amended Complaint is filed.

10. On or by April 20, 2012, the counsel for plaintiff Wendy Walsh and prospective plaintiff Sh. W. shall take the hearing on Sh. W.'s Cal. Gov. Code § 946.6 petition (currently set for May 1, 2012 in Department 14 of the Kern County Superior Court, Case No. S-1500-MS-376) off calendar.

LAW OFFICES OF
POLLAK, VIDA
& FISHER

-3-

ORDER GRANTING STIPULATION RE:  EXTENSION OF TIME TO AMEND PLEADINGS, LEAVE TO AMEND TO ADD PLAINTIFF, AND PETITION FOR RELIEF

11. By entering into this stipulation, defendants Tehachapi Unified School District, Susan Ortega, and Paul Kaminski do not waive any procedural or substantive claims or defenses in this action, except as expressly set forth above.

DATED: April 16, 2012          POLLAK, VIDA & FISHER

By: _____/s/_____
    Daniel P. Barer
    Attorneys for Defendant Tehachapi
    Unified School District

DATED: April 16, 2012          ROBINSON & KELLAR

By: _____/s/_____
    Michael C. Kellar
    Attorneys for Defendants Tehachapi
    Unified School District, Dr. Richard Swanson,
    Susan Ortega, and Paul Kaminski

DATED: April 16, 2012          RODRIGUEZ & ASSOCIATES

By: _____/s/_____
    John A. Kawai
    Attorneys for plaintiff Wendy Walsh and Prospective
    Plaintiff Sh. W.

**ORDER**

Based on the above stipulation, IT IS ORDERED that:

1. No later than May 31, 2012, Wendy Walsh and prospective plaintiff Sh. W. may amend Wendy Walsh's First Amended Complaint in this action by filing a Second

LAW OFFICES OF
POLLAK, VIDA
& FISHER

-4-

*ORDER GRANTING STIPULATION RE: EXTENSION OF TIME TO AMEND PLEADINGS, LEAVE TO AMEND TO ADD PLAINTIFF, AND PETITION FOR RELIEF*

1 Amended Complaint to add Sh. W. as a plaintiff to the Negligent Infliction of Emotional Distress cause of action only, and only in regard to events on or after September 19, 2010;

2. Defendants SHALL file a responsive pleading within 20 days of the filing of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **April 18, 2012**                              /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE

*LAW OFFICES OF
POLLAK, VIDA
& FISHER*

-5-
*ORDER GRANTING STIPULATION RE:  EXTENSION OF TIME TO AMEND PLEADINGS, LEAVE TO AMEND
TO ADD PLAINTIFF, AND PETITION FOR RELIEF*