Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
John A. Kawai, Esq., SBN 260120
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA  93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiffs WENDY WALSH, individually
and as Successor-in-Interest to SETH WALSH, Deceased;
and Sh.W., a minor, by his Guardian ad Litem,
WENDY WALSH.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WALSH, individually and as Successor-in-Interest to SETH WALSH, Deceased; and Sh.W., a minor, by his Guardian ad Litem, WENDY WALSH,<br><br>            Plaintiffs,<br>    vs.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT; SUPERINTENDENT SWANSON; SUSAN ORTEGA; MR. KAMINSKY; MS. KIRBY; MS. HAIGHT; MRS. KABONIC; MR. FEEHAN; and DOES 1 through 100, Inclusive,<br><br>            Defendants. | Case No.  1:11-CV-01489-LJO-JLT<br><br>**STIPULATION TO AMEND THE SCHEDULING ORDER; ORDER**<br><br>**(Doc. 44)** |

# **STIPULATION**

1.      Undersigned counsel for Plaintiffs, WENDY WALSH and Sh.W., and undersigned counsel for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT, SUSAN ORTEGA, and PAUL KAMINSKI, all of the parties who have appeared and remain in this action, hereby stipulate and agree as follows:

2.      WHEREAS:

The currently scheduled deadlines and dates in this action are as follows:
- Non-expert discovery cut-off: May 24, 2013;
- Joint expert disclosure: May 30, 2013;
- Joint rebuttal expert disclosure: June 21, 2013;
- Expert discovery cut-off: July 19, 2013;
- Nondispositive motion filing: July 19, 2013, to be heard no later than August 16, 2013;
- Dispositive pre-trial motion filing: July 11, 2013, to be heard no later than August 22, 2013;
- Settlement conference: September 19, 2013, 10:00 a.m.;
- Pre-trial conference: November 13, 2013 at 8:30 a.m. in Courtroom 4.

3.      Undersigned counsel stipulate and agree to request that the Court enter an Order amending the scheduling order in this case, such that:

   a. All non-expert discovery shall be completed no later than August 2, 2013;
   b. Joint expert disclosure, in the manner required by the scheduling order, shall occur no later than August 9, 2013;

    c. Joint rebuttal expert disclosure, in the manner required by the scheduling order, shall occur no later than August 30, 2013;

    d. All expert discovery shall be completed no later than September 20, 2013;

    e. Any non-dispositive motions shall be filed no later than September 20, 2013 and heard no later than October 18, 2013;

    f. All dispositive pre-trial motions shall be filed no later than November 8, 2013 and heard no later than December 6, 2013;

    g. The settlement conference shall take place in November of 2013, according to the Court's schedule;

    h. The pre-trial conference shall take place December 2013, according to the Court's schedule.

4. The parties so stipulate because:

(a) The trial schedules of defense counsel Michael Kellar and plaintiff's counsel Daniel Rodriguez and John Kawai have made it impossible for certain witness depositions that the parties believe are necessary to take place before the current non-expert discovery cut-off. Mr. Kellar is currently engaged in trial in the Superior Court of California, County of Kern, and Messrs. Rodriguez and Kawai have a trial in *Hugh Suhr v. Sears, Roebuck & Co.* (Case No. S-1500-CV-270679), which is trailing in the same department and expected to commence on April 29, 2013. Therefore, despite the diligence of all parties, additional time is required to conduct depositions.

(b) It is therefore impossible for the parties to complete the necessary discovery in this case before the current non-expert discovery cut-off date.

(c) The parties believe that this constitutes good cause for an amendment of the scheduling order in this case, and believe that an additional seventy (70) days will be sufficient to complete non-expert discovery.

Date: April 19, 2013                                        RODRIGUEZ & ASSOCIATES

                                                            By:  /s/ John A. Kawai                    /
                                                                 DANIEL RODRIGUEZ
                                                                 JOHN A. KAWAI
                                                                 Attorneys for Plaintiffs,
                                                                 WENDY WALSH and Sh.W.

Date: April 19, 2013                                        ROBINSON & KELLAR

                                                            By:  /s/ Michael C. Kellar                /
                                                                 MICHAEL C. KELLAR
                                                                 Attorney for Defendants,
                                                                 TEHACHAPI UNIFIED SCHOOL
                                                                 DISTRICT, SUSAN ORTEGA, and
                                                                 PAUL KAMINSKI

Date: April 19, 2013                                        POLLAK, VIDA & FISHER

                                                            By:  /s/ Daniel P. Barer                  /
                                                                 DANIEL P. BARER
                                                                 GIRARD FISHER
                                                                 Attorneys for Defendants,
                                                                 TEHACHAPI UNIFIED SCHOOL
                                                                 DISTRICT, SUSAN ORTEGA, and
                                                                 PAUL KAMINSKI

## ORDER

The parties having stipulated, and good cause appearing, the Court **ORDERS**:

The stipulation to amend the scheduling order is **GRANTED** as follows:

1. All non-expert discovery SHALL be completed no later than **August 2, 2013**;
2. Joint expert disclosure, in the manner required by the scheduling order, SHALL occur no later than **August 9, 2013**;
3. Joint rebuttal expert disclosure, in the manner required by the scheduling order, SHALL occur no later than **August 30, 2013**;
4. All expert discovery SHALL be completed no later than **September 20, 2013**;
5. Any non-dispositive motions SHALL be filed no later than **September 20, 2013** and heard no later than **October 18, 2013**;
6. All dispositive pre-trial motions SHALL be filed no later than **November 8, 2013** and heard no later than **January 2, 2014** at 8:30 a.m.
7. The settlement conference SHALL take place on **November 7, 2013** at 10:00 a.m..
8. The pre-trial conference SHALL take place on **February 18, 2014** at 8:30 a.m. in Courtroom 4.
9. The trial is set on **April 29, 2014**.

**Absolutely no further modifications to the scheduling order will be authorized.**

IT IS SO ORDERED.

Dated:   **April 19, 2013**            /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE