UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WALSH, individually and as Successor-in-Interest to SETH WALSH, Deceased; and Sh.W., a minor, by his Guardian ad Litem, WENDY WALSH,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT; SUPERINTENDENT SWANSON; SUSAN ORTEGA; MR. KAMINSKY; MS. KIRBY; MS. HAIGHT; MRS. KABONIC; MR. FEEHAN; and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No.  1:11-CV-01489-LJO-JLT<br><br>**ORDER RE: STIPULATION TO AMEND THE SCHEDULING ORDER TO CONTINUE THE SETTLEMENT CONFERENCE**<br><br>**(Doc. 55)** |

///

- 1 -

# **STIPULATION**

1.     Undersigned counsel for Plaintiff, WENDY WALSH, and undersigned counsel for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT, SUSAN ORTEGA, and PAUL KAMINSKI, all of the parties who have appeared and remain in this action, hereby stipulate and agree as follows:

2.     WHEREAS:

- The Settlement Conference in this matter is currently scheduled for **November 7, 2013** at 10:00 a.m.;
- Defendants have signaled their intention to file a Motion for Partial Summary Judgment in this case by the **November 8, 2013** dispositive motion filing deadline, to be heard no later than the dispositive motion hearing deadline of **January 2, 2014**;
- Until the Court has ruled on this Motion for Partial Summary Judgment, the parties do not believe that settlement negotiations in this case will bear fruit; and
- The parties believe these grounds constitute good cause for a continuance of the Settlement Conference to a date by which Defendants' Motion for Partial Summary Judgment may reasonably be expected to have been ruled on, such as late January or early February of 2014;

3.     Undersigned counsel stipulate and agree to request that the Court enter an Order amending the scheduling order in this case, such that:

- The settlement conference shall take place in late January or early February of 2014, according to the Court's schedule.

Date: October 30, 2013                    RODRIGUEZ & ASSOCIATES

By:  /s/ John A. Kawai                    /
     DANIEL RODRIGUEZ
     JOEL T. ANDREESEN
     JOHN A. KAWAI
     Attorneys for Plaintiffs,
     WENDY WALSH and Sh.W.

Date: October __, 2013                    ROBINSON & KELLAR

By:  _____/
     MICHAEL C. KELLAR
     Attorney for Defendants,
     TEHACHAPI UNIFIED SCHOOL
     DISTRICT, SUSAN ORTEGA, and
     PAUL KAMINSKI

Date: October 30, 2013                    POLLAK, VIDA & FISHER

By:  /s/ Daniel P. Barer                  /
     DANIEL P. BARER
     Attorneys for Defendants,
     TEHACHAPI UNIFIED SCHOOL
     DISTRICT, SUSAN ORTEGA, and
     PAUL KAMINSKI

**ORDER**

The parties having stipulated, and good cause appearing, the Court **ORDERS**:

The stipulation to amend the scheduling order is **GRANTED** as follows:

The settlement conference SHALL take place on February 5, 2014, at 9:30 a.m., at the United States Courthouse, 510 19th Street, Bakersfield, before Magistrate Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **November 4, 2013**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE