Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
John A. Kawai, Esq., SBN 260120
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA  93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiffs WENDY WALSH, individually
and as Successor-in-Interest to SETH WALSH, Deceased.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WALSH, individually and as Successor-in-Interest to SETH WALSH, Deceased; and Sh.W., a minor, by his Guardian ad Litem, WENDY WALSH,<br><br>    Plaintiffs,<br>    vs.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT; SUPERINTENDENT SWANSON; SUSAN ORTEGA; MR. KAMINSKY; MS. KIRBY; MS. HAIGHT; MRS. KABONIC; MR. FEEHAN; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No.  1:11-CV-01489-LJO-JLT<br><br>**STIPULATION TO AMEND THE SCHEDULING ORDER TO CONTINUE THE SETTLEMENT CONFERENCE AND PRETRIAL CONFERENCE;**<br><br>**ORDER THEREON**<br><br>**(Doc. 65)** |

///

# **STIPULATION**

1. Undersigned counsel for Plaintiff, WENDY WALSH, and undersigned counsel for Defendants, TEHACHAPI UNIFIED SCHOOL DISTRICT, SUSAN ORTEGA, and PAUL KAMINSKI, all of the parties who have appeared and remain in this action, hereby stipulate and agree as follows:

2. WHEREAS:

- On October 30, 2013, the parties submitted a Stipulation requesting that the Court continue the Settlement Conference from November 7, 2013 to a date at which the parties expected to have received ruling on Defendants' Motion for Partial Summary Judgment in this case. [Doc. 55]
- By Order of this Court dated November 4, 2013, the Settlement Conference was set for **February 5, 2014** at 10:00 a.m. [Doc. 56]
- Defendants' Motion for Partial Summary Judgment was set for hearing on **December 16, 2013**. The matter was submitted, and the hearing was vacated by Order of the Court per Local Rule 230(g). [Doc. 61]
- By Order of the Court dated January 15, 2014, the Court requested further briefing from the parties, with Plaintiff to file her brief by **January 24, 2014**, and Defendants to file a response by **January 30, 2014**. [Doc. 63]
- Until the Court has ruled on this Motion for Partial Summary Judgment, the parties do not believe that settlement negotiations in this case will bear fruit; and
- The parties believe these grounds constitute good cause for a continuance of the Settlement Conference to a date by which Defendants' Motion for Partial Summary Judgment may reasonably be expected to have been ruled on, such as early March of 2014.

- The parties also believe these grounds constitute good cause for a continuance of the Pretrial Conference in this matter by a similar amount of time, for example, to late March of 2014.
- The parties believe that with such modifications, the trial date of April 29, 2014, may be preserved.

3. Undersigned counsel stipulate and agree to request that the Court enter an Order amending the scheduling order in this case, such that:

- The settlement conference shall take place in early March of 2014, according to the Court's schedule.
- The Pretrial Conference shall take place in late March of 2014, according to the Court's schedule.

Date: January 28, 2014                                    RODRIGUEZ & ASSOCIATES

                                               By:   /s/ John A. Kawai                              /
                                                   DANIEL RODRIGUEZ
                                                   JOEL T. ANDREESEN
                                                   JOHN A. KAWAI
                                                   Attorneys for Plaintiff,
                                                   WENDY WALSH

///

///

Date: January __, 2014                           ROBINSON & KELLAR


                                        By:   /                                              /
                                               MICHAEL C. KELLAR
                                               Attorney for Defendants,
                                               TEHACHAPI UNIFIED SCHOOL
                                               DISTRICT, SUSAN ORTEGA, and
                                               PAUL KAMINSKI


Date: January 28, 2014                           POLLAK, VIDA & FISHER


                                        By:   /s/ Daniel P. Barer                            /
                                               DANIEL P. BARER
                                               Attorneys for Defendants,
                                               TEHACHAPI UNIFIED SCHOOL
                                               DISTRICT, SUSAN ORTEGA, and
                                               PAUL KAMINSKI

# ORDER

The parties having stipulated, and good cause appearing, the Court **ORDERS**:

1. The stipulation to amend the scheduling order is **GRANTED** as follows:

    a. The Settlement Conference SHALL take place on February 24, 2014 at 9:00 a.m. at the United States Courthouse, located at 510 19th Street, Bakersfield, CA;

    b. The Pretrial Conference SHALL take place on March 13, 2014 at 8:30 a.m. in Courtroom 4 before Judge O'Neill.

**No other amendments to the schedule are authorized**.

IT IS SO ORDERED.

   Dated:   **January 28, 2014**            /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE