Michael Kellar (SBN 80251)
ROBINSON & KELLAR
3434 Truxtun Avenue, Suite 150
Bakersfield, CA 93301
Tel. (661) 323.8277 / Fax (661) 323.4205
Email: *michaelckeller@aol.com*

Attorneys for Defendants Tehachapi Unified School District,
Dr. Richard Swanson, Susan Ortega, and Paul Kaminski

5895.047

Daniel P. Barer (SBN 150812)
POLLAK, VIDA & FISHER
11150 W. Olympic Boulevard, Suite 980
Los Angeles, CA 90064-1839
Tel. (310) 551-3400 / Fax:   (310) 551-1036
Email: *dpb@pvandf.com*

Attorneys for Defendant Tehachapi Unified School District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WALSH, individually and as Successor-in-Interest to S.W., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT; SUPERINTENDENT SWANSON; SUSAN ORTEGA; MR. KAMINSKY; MS. KIRBY; MS. HAIGHT; MRS. KABONIC; MR. FEEHAN; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-01489-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO VACATE THE SETTLEMENT CONFERENCE IN LIGHT OF THE PARTIES' AGREEMENT TO ENGAGE IN PRIVATE MEDIATION**<br><br>**(Doc. 71)** |

The parties to this action (plaintiff Wendy Walsh; defendants Tehachapi Unified School District; Susan Ortega; and Paul Kaminski), as well as prospective plaintiff Sh. W., (collectively, "the parties"), through their undersigned counsel, stipulate as follows:

1

STIPULATION TO REQUEST SETTLEMENT CONFERENCE BE TAKEN OFF CALENDAR
AND REPLACED BY PRIVATE MEDIATION

WHEREAS:

1. This matter is scheduled for a settlement conference before the Honorable Jennifer L. Thurston on February 24, 2014 at 10:00 a.m. in Bakersfield, California.

2. The parties have agreed to hold a private mediation in this matter, with the Honorable H. Lee Sarokin (ret.), formerly of the Third Circuit Court of Appeals, and presently with ADR Services, Inc., serving as mediator.

3. The mediation before Judge Sarokin is scheduled for February 24, 2014 at 10:00 a.m. in San Diego, California.

4. The parties believe that a private mediation at this time is the most effective way to attempt to resolve this matter.

IT IS THEREFORE STIPULATED THAT:

5. The parties respectfully request the Court to take the Settlement Conference set for February 24, 2014 off-calendar, so that they may proceed to private mediation on the date and time set for the mediation.

6. Alternatively, if the Court does not wish to take the settlement conference off-calendar permanently, the parties respectfully ask the Court to continue the settlement conference to a date after February 24, 2014.

//

1 | DATED: February 19, 2014        POLLAK, VIDA & FISHER

2

3                                   By:  _____/s/_____
                                         Daniel P. Barer
4                                        Attorneys for Defendant Tehachapi
                                         Unified School District
5

6 | DATED: February 19, 2014        ROBINSON & KELLAR

7

8                                   By:___/s/___(authorized on 2/19/14)_____
                                         Michael C. Kellar
9                                        Attorneys for Defendants Tehachapi
                                         Unified School District, Dr. Richard Swanson,
10                                       Susan Ortega, and Paul Kaminski

11 | DATED: February 19, 2014       RODRIGUEZ & ASSOCIATES

12

13                                  By:___/s/___(authorized on 2/19/14)_____
                                         John A. Kawai
14                                       Attorneys for Plaintiff Wendy Walsh and
                                         Prospective Plaintiff S.H. W.
15

16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

3

28 | STIPULATION TO REQUEST SETTLEMENT CONFERENCE BE TAKEN OFF CALENDAR
AND REPLACED BY PRIVATE MEDIATION

**ORDER**

Based on the above stipulation, the Court **ORDERS:**

1. The settlement conference, set on February 24, 2014, is **VACATED**;

2. <u>**No later than noon on February 28, 2014**</u> Plaintiff **SHALL** file a status report detailing the results of the private mediation, to be held on February 24, 2014, so the Court will have sufficient time to determine whether the pretrial conference, set on March 3, 2014, will go forward.

IT IS SO ORDERED.

Dated: **February 19, 2014**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE