Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
John A. Kawai, Esq., SBN 260120
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA  93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiffs WENDY WALSH,
individually and as Successor-in-Interest to SETH WALSH, Deceased.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WALSH, individually and as Successor-in-Interest to SETH WALSH, Deceased; and Sh.W., a minor, by his Guardian ad Litem, WENDY WALSH,<br><br>         Plaintiffs,<br>    vs.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT; SUPERINTENDENT SWANSON; SUSAN ORTEGA; MR. KAMINSKY; MS. KIRBY; MS. HAIGHT; MRS. KABONIC; MR. FEEHAN; and DOES 1 through 100, Inclusive,<br><br>         Defendants. | Case No.  1:11-CV-01489-LJO-JLT<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL THE JOINT PRETRIAL STATEMENT; ORDER THEREON**<br><br><br><br><br><br>Complaint Filed: July 5, 2011<br>Trial Date:  April 29, 2014 |

Plaintiff hereby requests that the Joint Pretrial Statement be sealed pursuant to Local Rule 141.

Plaintiff requests this on the ground that the Statement lists the names of individuals who are known by the parties to be minors. While Federal Rule of Civil Procedure 5.2 requires such names to be redacted, Plaintiff believes that there is an inherent conflict with the purpose of the Pretrial Statement, and has met and conferred with Defendants' counsel, who have expressed no opposition to requesting that the Statement be sealed for the purpose of protecting the privacy interests of minors.

Dated: March 6, 2014                    RODRIGUEZ & ASSOCIATES

                                         By:  /s/ John A. Kawai                    /
                                              DANIEL RODRIGUEZ
                                              JOEL T. ANDREESEN
                                              JOHN A. KAWAI
                                              Attorneys for Plaintiff,
                                              WENDY WALSH

## **ORDER**

Good cause appearing, the request to seal the Joint Pretrial Statement in this case is hereby GRANTED; and

The Joint Pretrial Statement is hereby sealed.

IT IS SO ORDERED.

   Dated:   **March 7, 2014**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE