UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WALSH, individually and as successor in interest to Decedent,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-01489 LJO JLT<br><br>ORDER AFTER SETTLEMENT<br><br>(Doc. 80) |

　　　　Defendants' counsel notified the Court that settlement has been reached among the parties. Pursuant to Local Rule 160, the Court ORDERS the parties, **by no later than April 11, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　　　The Court VACATES all pending matters and dates, including (1) the Daubert hearing set for April 7, 2014; (2) the motions in limine hearing set for April 18, 2014; and (3) the jury trial scheduled for April 29, 2014.

　　　　Finally, the Court warns the parties that failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rules 160 and 272. The Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and the Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

　　Dated:　**March 21, 2014**　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28