# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDY WALSH,** *et al.*,<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**TEHACHAPI UNIFIED SCHOOL DISTRICT,** *et al.*,<br><br>        **Defendants.** | **Case No. 1:11-cv-01489 LJO JLT**<br><br>**ORDER TO DISMISS AND CLOSE ACTION (DOC. 82)** |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:  **April 15, 2014**                  **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE